IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.    3:17-cr-24 |
| Plaintiff, | : | Walter H. Rice |
| v. | : | |
| JASON ROSALES | | **INDICTMENT** |
| | : | 21 U.S.C. § 846 |
| Defendant. | | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) |
| | : | |

---

THE GRAND JURY CHARGES THAT:

### COUNT 1
### [21 U.S.C. § 846]

Beginning on an exact date unknown but at least by on or about February 14, 2017, in the Southern District of Ohio and elsewhere, defendant **JASON ROSALES**, knowingly and intentionally conspired with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute in excess of 500 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).

All in violation of 21 U.S.C. § 846.

### COUNT 2
### [21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii)]

On or about February 14, 2017, in the Southern District of Ohio, defendant **JASON ROSALES**, knowingly and intentionally attempted to possess with intent to distribute in excess

of 500 grams of a mixture or substance containing a detectable amount of methamphetamine, its

salts, isomers, or salts of its isomers, a Schedule II controlled substance.

    In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).


A TRUE BILL


/s/ Signed
FOREMAN


BENJAMIN C. GLASSMAN
United States Attorney


SHEILA G. LAFFERTY
Assistant United States Attorney


2