# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 3:17-cr-24 |
| vs. | : JUDGE WALTER H. RICE |
| JASON ROSALES, | : |
| Defendant. | : |

## AMENDED SCHEDULING ORDER; TRIAL DATE AND OTHER DATES RESET

| | |
|---|---|
| Date of Preliminary Pretrial Conference | from 4/24/2017 on 4/24/2017 |
| Jury Trial Date | 7/24/2017 |
| Final Pretrial Conference (by telephone) | Monday, 7/17/2017 at 5:00 p.m. |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 6/19/2017 |
|    Other Motions | 6/26/2017 |
| Discovery Cut-off | 7/3/2017 |
| Speedy Trial Deadline | waived by Defendant's motion for continuance and acceptance of July 24, 2017, trial date, the Court finding that within the factual and legal confines of this case, the ends of justice outweigh the interests of the public and the Defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(a). |

April 26, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE