IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

JASON ROSALES,

        Defendant.

:
:
:
:
:
:

Case No. 3:17cr024

JUDGE WALTER H. RICE

---

DECISION AND ENTRY RULING ON OUTSTANDING
MOTIONS (DOC. #15 - #20, AND #33)

---

Pursuant to a record made between Court and counsel, prior to commencing voir dire proceedings in the captioned cause, it was the agreement of all counsel and the Court that the captioned motions are, each in their entirety, deemed to be moot, given that the government has complied with its obligations, to the Defendant's satisfaction, that were the subject of Defendant's motions.

February 15, 2018

             WALTER H. RICE
       UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record