IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                            Case No.   3:17cr24

JASON ROSALES,             JUDGE WALTER H. RICE

    Defendant.

---

ORDER

---

The Clerk of Court for the Southern District of Ohio is hereby authorized to expend the funds necessary to provide food for the jury in the above case during the time such jury is deliberating.

February 26, 2018

                                                  WALTER H. RICE
                                                  UNITED STATES DISTRICT JUDGE