IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | CASE NO. **3:17-cr-024** |
| Plaintiff, | : | **JUDGE WALTER H. RICE** |
| v. | : | |
| **JASON ROSALES**, | : | **UNITED STATES' MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL** |
| Defendant. | : | |

Now comes the United States Attorney and moves this Court, pursuant to its inherent power to control papers filed with the Court, for a protective order sealing the United States' Sentencing Memorandum until otherwise directed by this Court.

In support of this Motion, the United States Attorney states that the disclosure of the Sentencing Memorandum is not warranted.

WHEREFORE, the United States of America respectfully requests that its Sentencing Memorandum be sealed and kept from public inspection until otherwise ordered by this Court.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Sheila G. Lafferty
SHEILA G. LAFFERTY (0042554)
Assistant United States Attorney
Attorney for Plaintiff
Federal Building
200 West Second Street, Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Sheila.Lafferty@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was served this 27th day of February, 2019, electronically on: Anthony VanNoy, Attorney for Defendant.

                                            s/Sheila G. Lafferty
                                            SHEILA G. LAFFERTY (0042554)
                                            Assistant United States Attorney