IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JASON ROSALES,

    Defendant.

Case No. 3:17cr024

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION, PURSUANT TO FED. R. CRIM. P 52 (b) REFERENCE COURTROOM MISCONDUCT/"DELIBERATE JURY TAMPERING," CONSTRUED BY THE COURT AS A MOTION FOR NEW TRIAL BASED UPON PLAIN ERROR

---

Pursuant to the record made in open Court on April 11, 2019, the Defendant's filing captioned "F.R.C.P. 52(b): Re; Courtroom Misconduct/'Deliberate Jury Tampering,' " construed by this Court as a motion for new trial, based upon plain error, is OVERRULED by this Court, for the following reasons:

1. The motion is untimely;

2. The allegation that Defendant was prejudiced by the jury being able to overhear bench conferences is not proven, given that, assuming *arguendo*, the jury heard the bench conferences in question, same were not prejudicial to the Defendant; and

3. The allegation that a representative of the United States Attorney's Office posted Defendant's past criminal record on her computer screen, in view of the jury, was not proven, by anywhere near proof beyond a reasonable doubt. As a matter of fact, the

evidence introduced in open Court on the aforesaid April 11, 2019, clearly indicated that Defendant's past criminal record was <u>not</u> so posted.

May 24, 2019

*[signature: Walter Rice]*

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record