IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JASON ROSALES,

    Defendant.

Case No. 3:17cr024

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ORDERING UNSEALING OF PREVIOUSLY SEALED PORTIONS OF TRANSCRIPTS OF JULY 17, 2018 AND JULY 20, 2018

---

For good cause shown, the following portions of the trial transcript of Tuesday, July 17, 2018, and Friday, July 20, 2018, are ordered unsealed and provided to both government's counsel and Mr. Colter Paulson, the Defendant's CJA appointed appellate counsel:

1. Pages 4-9 of Volume II of III transcript of jury trial proceedings of Tuesday, July 17, 2018; and

2. Pages 33-35 of Volume II of III transcript of day five of trial proceedings, of Friday, July 20, 2018.

January 30, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Colter Paulson, Squire, Patton Boggs, 201 E. Fourth Street, Suite 1900, Cincinnati OH 45202