# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,      Case No. 3:17cr24

    Plaintiff,

v.      District Judge Walter H. Rice

JASON ROSALES

    Defendant.

---

**ORDER APPOINTING COUNSEL UNDER THE CRIMINAL JUSTICE ACT**

---

This case is before the Court upon Defendant's application for appointment of counsel pursuant to 18 U.S.C. §3006A. Upon the Court's *Sua Sponte* Order for Appointment of Counsel, the Court appointed a member of the Criminal Justice Act Panel.

IT IS ACCORDINGLY ORDERED that Anthony VanNoy, of the CJA Panel for the Southern District of Ohio, is appointed as counsel to represent the Defendant in this case.

April 21, 2021

                                                          Walter H. Rice
                                                          United States District Judge