IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | * | Case No. 3:17-cr-024 |
| Plaintiff, | * | Judge Walter H. Rice |
| vs. | * | |
| JASON ROSALES | * | |
| Defendant. | * | |

**DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION TO DISQUALIFY OR RECUSE JUDGE (DOC. #137-8)**

Based upon the reasoning and citations of authority set forth by this Court when it previously overruled similar, if not identical, motions to disqualify or recuse Judge (Docs. ## 138, 143), the Court overrules a motion not previously ruled upon, Doc. #137-8, seeking the same relief, to disqualify or recuse Judge. This Court has attached, for easy reference, its Decision and Entry previously overruling said similar, if not identical, motions, (Docs. ## 138, 143), filed at Doc. #145.

Date: May 13, 2024

*Walter H. Rice*
**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**